UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN FIGMAN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK; THE PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK (PBA); CITY OF NEW YORK FDNY,<br><br>                              Defendants. | 24cv8898 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 16, 2025
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge